## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Patricia J. Hollman | * | |
|     Plaintiff | * | Case No. 1:00-cv-00527-BEL |
| v. | * | |
| Baxter International, Inc., et al. | * | |
|     Defendants. | * | |

### ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for:

Ansell Healthcare Products Inc., formerly known as Ansell Incorporated and successor to Ansell Perry, Inc.

I certify that I am admitted to practice in this court.


April 9, 2003                              /s/
*Date*                                        *Signature of Counsel*


                                    Michael T. Wharton          00308
                                    *Print Name*                *Bar Number*

                                    104 West Street,     P. O. Box 551
                                    *Address*

                                    Annapolis, MD          21404-0551
                                    *City/State/Zip*

                                    (410) 263-5900     (410) 280-2230
                                    *Phone No.*              *Fax No.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 9th day of April, 2003, a copy of the foregoing Entry of Appearance which was electronically filed in this case on April 9, 2003was sent by first class mail, postage prepaid, to:

Felicia C. Cannon, Clerk
Office of the Clerk
U. S. District Court for the District of Maryland
Northern Division
101 West Lombard Street
Baltimore, MD 21201

Robert K. Jenner, Esquire
FREEMAN & JENNER
3 Bethesda Metro Center
Suite 1410
Bethesda, MD 29814

William Joseph Jackson
Moore and Jackson LLC
305 Washington Street
Suite 401
Baltimore, MD  21204

                                                                                  _____
                                                                                  Michael T. Wharton

@PFDesktop\::ODMA/GRPWISE/ANNAPOLIS.ANNA.WLEKNLIB:90842.1

**Doc. No. 103972**