IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **PATRICIA J. HOLLMAN,** | : | CASE NO.: 00-527 (BEL) |
| Plaintiff, | : | |
| vs. | : | |
| **BAXTER INTERNATIONAL, ET AL.,** | : | |
| Defendants, | : | |
| vs. | : | |
| **OWENS & MINOR, INC., OWENS & MINOR MEDICAL, INC., AND OWENS & MINOR WEST, INC.,** | : | |
| Defendants and Third-Party Plaintiffs, | : | |
| vs. | : | |
| **BECTON DICKINSON INFUSION THERAPY SYSTEMS, INC., ET AL.** | : | |
| Third-Party Defendants. | : | |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Kathleen Dick Leslie, Esquire as counsel on behalf of Third Party Defendant, Tyco Healthcare Group LP in the above captioned matter.

_____/s/_____
Kathleen Dick Leslie
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Twelfth Floor
Towson, MD 21204
(410) 583-8000

Attorneys for Defendant
Tyco Healthcare Group LP