IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **PATRICIA J. HOLLMAN,** | : | **CASE NO.: 00-527 (BEL)** |
| Plaintiff, | : | |
| vs. | : | |
| **BAXTER INTERNATIONAL, ET AL.,** | : | |
| Defendants, | : | |
| vs. | : | |
| **OWENS & MINOR, INC., OWENS & MINOR MEDICAL, INC., AND OWENS & MINOR WEST, INC.,** | : | |
| Defendants and Third-Party Plaintiffs, | : | |
| vs. | : | |
| **BECTON DICKINSON INFUSION THERAPY SYSTEMS, INC., ET AL.** | : | |
| Third-Party Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Janet K. Coleman, Esquire as counsel on behalf of Third Party Defendant, Tyco Healthcare Group LP in the above captioned matter.

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Janet K. Coleman
　　　　　　　　　　　　　　　　　　　　　WHITNEY & BOGRIS, LLP
　　　　　　　　　　　　　　　　　　　　　401 Washington Avenue
　　　　　　　　　　　　　　　　　　　　　Twelfth Floor
　　　　　　　　　　　　　　　　　　　　　Towson, MD 21204
　　　　　　　　　　　　　　　　　　　　　(410) 583-8000

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　Tyco Healthcare Group LP