IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patricia J. Hollman, | : |
| | : |
| Plaintiff, | :  Civil Action No. 00-CV-527 |
| | : |
| v. | : |
| | : |
| Baxter International, Inc., et al., | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that Owens & Minor, Inc., Owens & Minor Medical, Inc., and Owens & Minor, West, Inc., shall be and hereby are dismissed from this action with prejudice.

Date: 10-02-03

By: _____

Amy M. Carter
Baron & Budd
3102 Oak Lawn Avenue
Dallas, Texas 75219-4281
**Counsel for Plaintiff**

Date: 10/16/03

By: _____

Paul Farquharson
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201

Robert F. Redmond
Clement D. Carter
Williams Mullen
1021 E. Cary Street
P.O. Box 1320
Richmond, VA 23218-1320

Counsel for Defendants
Owens & Minor, Inc.
Owens & Minor Medical, Inc., and
Owens & Minor West, Inc.

0966719.01