

**ORIGINAL**
FILED
DISTRICT COURT
[DISTRICT OF MARYLAND]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA J. HOLLMAN,

    Plaintiff,

vs

BAXTER INTERNATIONAL, ET AL.,
    Defendants,

vs.

OWENS & MINOR, INC., OWENS & MINOR
MEDICAL, INC., AND OWENS & MINOR
WEST, INC.,

    Defendants and Third-Party Plaintiffs, :

vs

BECTON DICKINSON INFUSION THERAPY
SYSTEMS, INC., ET AL.

    Third-Party Defendants.

CASE NO.: ~~00-CV-2634~~

L-00-527

---

### STIPULATION AND CONSENT ORDER
### OF DISMISSAL WITH PREJUDICE

Plaintiffs, by their undersigned counsel, and Defendant/Third Party Plaintiff Owens & Minor, Inc., by their undersigned counsel, pursuant to F.R.C.P. 41 (a)(2), and F.R.C.P. 41(c), hereby consent and stipulate to the dismissal of all claims with prejudice against Defendant Owens & Minor, Inc., to the extent such claims are based upon the sale or distribution of any products of TYCO HEALTHCARE GROUP LP, as successor-in-interest to KENDALL INTERNATIONAL, INC., PROFESSIONAL MEDICAL PRODUCTS and SUPERIOR HEALTHCARE

Further, Defendant/Third-Party Plaintiff Owens & Minor, Inc., by their undersigned counsel, and Third-Party Defendant, TYCO HEALTHCARE GROUP LP, as successor-in-

interest to PROFESSIONAL MEDICAL PRODUCTS and SUPERIOR HEALTHCARE ("TYCO"), by its undersigned counsel, and pursuant to F.R.C.P. 41 (a)(2), hereby consent and stipulate to the dismissal of all third-party claims against TYCO, **with prejudice**, and without costs to either party

_____
Janet K. Coleman, Esquire
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Towson, MD 21204
(410) 583-8000
**Attorneys for Third Party Defendant
Tyco Healthcare Group LP**

_____
Amy Carter, Esquire
Baron & Budd, PC
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
(214) 521-3605
**Attorneys for Plaintiff**

_____
Clement D. Carter, Esquire
Williams, Mullen
P.O. Box 1320
Richmond, VA 23218
**Attorney for Defendant/Third Party Plaintiff
Owens & Minor, Inc.**

IT IS SO ORDERED:

Date:                              _____
                                   District Judge

2