# WHARTON LEVIN EHRMANTRAUT & KLEIN

A PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW

104 WEST STREET

P. O. BOX 551

ANNAPOLIS, MARYLAND 21404-0551

(410) 263-5900

MICHAEL T. WHARTON

OUTSIDE MARYLAND
800-322-1984

FACSIMILE
(410) 280-2230

E-MAIL
MTW@WLEKN.COM

November 18, 2003

Honorable Benson Everett Legg
Chief Judge
United States District Court
District of Maryland
101 W. Lombard St.
Baltimore, Maryland 21201

    Re:   *Patricia J. Hollman v. Baxter International, et al.*
            Civil No. L-00-0527

Dear Judge Legg:

    We are in receipt of your order dated November 4, 2003, in the above captioned case, in which you request that the parties meet and confer for a Rule 26(f) Planning Meeting and submit a plan for a Rule 16(b) Scheduling Conference. As an initial matter, I wish to bring to the Court's attention the fact that Ansell Healthcare Products Inc., f/k/a Ansell Incorporated and successor in interest to Ansell Perry Inc., has settled with the plaintiff, Patricia Hollman. We have agreed upon the language for the Release, which has recently been executed by plaintiff, and anticipate issuing a settlement check to plaintiff shortly. Plaintiff's counsel will then submit an order of dismissal dismissing plaintiff's claims against Ansell. We are unaware of any cross-claims pending against Ansell in this case.

    We did attempt to communicate with Amy Carter, attorney for the plaintiff, on Friday to discuss a joint submittal with the plaintiff but have not been able to communicate with her in time and are, therefore, submitting this separate letter to you.

                                 Sincerely,

                                 Michael T. Wharton

MTW/cbb

cc:    Amy Carter

SUITE 800-400 EAST PRATT STREET-BALTIMORE, MARYLAND 21202