IN THE UNITED STATES COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICIA J. HOLLMAN, | ) |
| Plaintiff, | ) |
| v. | ) (Case No. 00-CV-527) |
| BAXTER INTERNATIONAL, INC., et al., | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST
SMITH & NEPHEW AHP, INC., AND OWENS & MINOR,
AS DISTRIBUTOR OF SMITH & NEPHEW PRODUCTS**

As a result of a settlement agreement reached between the parties, plaintiff Patricia J. Hollman, by her undersigned counsel, hereby stipulates and agrees to the dismissal with prejudice of all claims against Smith & Nephew AHP, Inc., formerly known as Smith & Nephew, Inc. Plaintiff further stipulates and agrees to the dismissal with prejudice of her claims against Owens & Minor, Inc., Owens & Minor Medical, Inc. and Owens & Minor West, Inc. (collectively "Owens & Minor"), only to the extent that they arise out of the distribution by Owens & Minor of natural rubber latex gloves manufactured by Smith & Nephew. Each party shall bear its own costs.

Respectfully submitted,

Amy Carter
Baron & Budd
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 77010-1003
Attorneys for Plaintiff

~~Donald R. Peterson~~ James T. Murray, Jr.
PETERSON, JOHNSON & MURRAY
733 North Van Buren Street
Milwaukee, Wisconsin 53202
414-278-8800

Attorneys for Defendant Smith & Nephew AHP, Inc.

SO ORDERED:

_____  12/12/03
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December 2003, copies of the foregoing Stipulation of Dismissal of All Claims Against Smith & Nephew AHP, Inc. and Owens & Minor as Distributor of Smith & Nephew Products was served by facismile, on the following counsel of record:

Richard Michael Duffy, Esq.
Gardner Carton & Douglas
Quaker Tower, Suite 3400
321 North Clark Street
Chicago, Illinois 60610-4795
Ph: (312) 245-8464
Fax: (312) 644-3381
**Counsel for Ansell Healthcare Products**

Robert N. Spinelli, Esq.
Kelley, Jasons, McGuire & Spinelli
Centre Square West, Suite 1500
1500 Market Street
Philadelphia, Pennsylvania 19102
Ph: (215) 854-0658
Fax: (215) 854-8434 or 854-0777
**Counsel for Jason Marketing, Jason International, TK Products Co., and TK Products International**

Paul Farquharson, Esq.
Semmes, Bowen & Semmes
A Professional Corporation
250 West Pratt Street
Baltimore, MD 21201
Ph: (410) 539-5040
**Counsel for Defendant Owens & Minor Medical, Inc.**

Donald R. Peterson, Esq.
PETERSON, JOHNSON & MURRAY
733 North Van Buren Street
Milwaukee, WI 53202
Ph: (414) 278-8800
Fax: (414) 347-1150
**Counsel for Smith & Nephew AHP, Inc.**

Douglas S. Roberts, Esq.
Clarke, Perdue, Roberts & Scott Co., LPA
471 East Broad Street, Suite 1400
Columbus, OH 43215
**Counsel for Plaintiff**

Matt Marshall
Morris, Pollich, and Purdy LLP
1055 W. 7th Street
Suite 2400
Los Angeles, CA 90017
**Counsel for Aladan**

3