UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**BENSON EVERETT LEGG**<br>Chief Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>(410) 962-0723 |

February 3, 2004

MEMORANDUM TO COUNSEL RE:   Patricia J. Hollman v. Baxter International, et al.,
Civil No. L-00-0527

Dear Counsel:

On November 4, 2003, this Court issued a letter Order requesting that the parties submit a joint status report on or before November 18th. To date, only Mr. Wharton has responded. Accordingly, on or before February 20, 2004, Ms. Hollman shall SHOW CAUSE why her claims shall not be dismissed. Ms. Hollman's written response shall include a joint status report as required by this Court's November 4th letter Order.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
Benson Everett Legg

c:   Court file