# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICIA J. HOLLMAN | : |
| Plaintiff, | : Judge Benson Everett Legg |
| v. | : Civil No. L-00-0527 |
| BAXTER INTERNATIONAL, INC., et al., | : PLAINTIFF'S STATUS REPORT |
| Defendants. | : |

Plaintiffs submit, at the Court's request, a Status Report in the above-referenced matter.

Plaintiffs have reached a settlement or have dismissed all Defendants in this case. Therefore, all remaining Defendants have settled and discovery is not necessary.

Plaintiffs have reached a settlement with the following Defendants:

- Aladan Corporation

- Ansell Healthcare Products f/k/a Ansell Inc., successor to Ansell Perry Inc.

- Four Fingers/Jason Marketing/Mediguard

However, at this time, the parties are negotiating the appropriate documents to finalize their settlement and will file stipulations of dismissals as soon as those papers are complete and settlement monies have been exchanged.

Dated: February 19, 2004

Respectfully submitted,

**JANET, WILLOUGHBY, GERSHON,
GETZ & JENNER, LLC**

/s/ Robert K. Jenner
Robert K. Jenner          (Bar #04165)
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
Telephone:  (410) 653-3200
Facsimile:  (410) 653-6903

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 19th day of February, 2004, copies of **Plaintiff's Status Report**, were electronically filed to all Counsel named in the attached service list:

/s/ Robert K. Jenner
Robert K. Jenner     (Bar #04165)

## SERVICE LIST

Amy Carter, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste 1100
Dallas, Texas 75219
**Attorney for Plaintiffs**

Douglas Roberts, Esq.
Clark, Perdue, Roberts, & Scott Co., LPA
471 East Broad Street, Suite 1400
Columbus, OH 43215
**Attorneys for Plaintiffs**

Robert Jenner, Esq.
Janet, Willoughby, Gershon, Getz & Jenner LLC
Woodholme Center, 1829 Reisterstown Rd., Ste 320
Baltimore, MD 21208
**Local Counsel for Plaintiffs**

Matthew Marshall, Esq.
Morris, Polich & Purdy, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017

Telephone: 213-891-9100
Facsimile: 213-488-1178
**Attorneys for Defendant Aladan Corporation**

Lawrence N. Hill, Esq.
Gardner, Carton & Douglas, LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606
**Attorneys for Ansell Healthcare Products f/k/a Ansell Inc., successor to Ansell Perry Inc.**

Robert Spinelli, Esq.
Kelly, Jason, McGuire & Spinelli
Center Square West, Suite 1500
1500 Market Street
Philadelphia, PA 19102
215-854-0658
215-854-0777 (f)
**Attorneys for Defendant Jason Marketing Corporation; Jason Marketing Co.; TK Products International, Inc.**

Alan Unikel, Esq.
Seyfarth, Shaw, Fairweather & Geraldson
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803
**Defendants' Liaison Counsel**

James A. Willhite, Jr., Esq.
Montgomery, McCracken, Walker & Rhoades
123 South Broad Street
Philadelphia, PA 19109
**Defendants' Liaison Counsel**