IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA J. HOLLMAN,           )
                                )
          Plaintiff,            )
                                )
v.                              )   No. 1:00-CV-00527-BEL
                                )
BAXTER INTERNATIONAL, INC.,     )
et al.                          )
                                )
          Defendants.           )

## CONSENT ORDER OF DISMISSAL

Plaintiff Patricia J. Hollman and Defendants Ansell Healthcare Products, Inc., f/k/a Ansell Incorporated and successor in interest to Ansell Perry, Inc., ("Ansell") do hereby stipulate and agree to voluntarily dismiss all of the claims in this action with respect to Ansell with prejudice, with each Party to bear its own costs.

Date: 2/20/2004

_____
Amy Carter, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
(214) 521-3605

*Counsel for Plaintiff*

It is so Ordered.

Date: 12-10-2003

_____
Richard Michael Duffy, Esq.
John A. Simon, Esq.
Lawrence N. Hill, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
(312) 569-1000

*Counsel for Defendant Ansell Healthcare Products Inc., f/k/a Ansell Incorporated and successor in interest to Ansell Perry, Inc.*

Date: _____

_____
HON. BENSON E. LEGG

CH01/12324457.1