UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 4, 2004

MEMORANDUM TO COUNSEL RE: <u>Patricia J. Hollman v. Baxter International, Inc., et al.</u>, Civil No. L-00-0527

Dear Counsel:

On February 3, 2004, this Court ordered Ms. Hollman to show cause why her claims should not be dismissed. In response, Ms. Hollman informed the Court that she had reached a settlement with or dismissed all Defendants from this case. Plaintiff advised that she was negotiating the final settlement agreements with several Defendants, and would shortly file stipulations of dismissal.

Since then, the parties have dismissed only Ansell Healthcare Products, f/k/a Ansell Incorporated, and Ansell Perry, Inc. Accordingly, within two weeks of the date of this Order, Ms. Hollman shall SHOW CAUSE why her claims should not be dismissed. Her response shall: (i) state which parties remain in the case; and (ii) explain the status of settlement negotiations.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court file