# JANET, JENNER & SUGGS, LLC
*Attorneys at Law*

Howard A. Janet, P.C.*
Kenneth M. Suggs**
Robert K. Jenner, P.C.*§
Christian C. Mester*§
Jean M. Jones, R.N., J.D.*§

\* Member of Maryland Bar
\*\* Member of South Carolina Bar
§ Member of District of Columbia Bar
† Member of Massachusetts and Arizona Bars
‡ Member of New Jersey Bar

**Maryland Office**
Woodholme Center
1829 Reisterstown Road
Suite 320
Baltimore, Maryland 21208
(410) 653-3200   Fax (410) 653-9030

**South Carolina Office**
500 Taylor Street
Columbia, South Carolina 29201
(803) 726-0050   Fax (803) 252-7145

Steven A. Adelman*§†
Andrea Anders**
Stephen R. Suggs**
Gerald D. Jowers, Jr.**
John J. Cord*
Stephen C. Offutt*§
Adam C. Rosenberg*‡
Maria H. Dawson, R.N., J.D.*

info@medlawlegalteam.com
www.medlawlegalteam.com
Toll Free (888) 463-3529

*Please respond to the Maryland office*

October 27, 2004

**VIA HAND DELIVERY**

The Honorable Benson Everett Legg
United States District Court District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  *Patricia J. Hollman v. Baxter International, Inc., et al.*
     Civil No. L-00-0527

Dear Judge Legg:

I apologize for the delay in getting this response to you. The above referenced case has concluded. The Plaintiff has settled or otherwise resolved her claim against all Defendants.

Thank you for your continued attention to this matter.

Very truly yours,

Robert K. Jenner

RKJ:hjb

cc: All Counsel

**JANET, JENNER & SUGGS, LLC**
*Attorneys at Law*

Copies Mailed To:

Joseph E. Starkey, Jr., Esquire
Paul D. Kruper, Esquire
Buchanan Ingersoll
One Oxford Center
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

Douglas S. Roberts, Esquire
471 East Broad Street
Suite 1400
Columbus, OH 43215

Michael T. Wharton, Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street
PO BOX 551
Annapolis, MD 21404-0551

Janet Coleman, Esquire
Whitney & Bogris LLP
401 Washington Avenue
12th Floor
Towson, MD 21204

Donald R. Peterson, Esquire
Peterson, Johnson & Murray SC
73 N Van Buren Street
Milwaukee, WI 53202-4767

Terri S. Reiskin, Esquire
Hogan & Hartson LLP
555 13th Street NW
Washington, DC 20004

R. Michael Duffy, Esquire
Gardner, Carton & Douglas
321 N Clark Avenue
Suite 3400
Quaker Tower

**JANET, JENNER & SUGGS, LLC**
*Attorneys at Law*

Robert N. Spinelli, Esquire
Kelley, Jasons, McGuire & Spinelli
Centre Square West, Suite 1500
1500 Market Street
Philadelphia, PA 19102

Paul Farquharson, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201